Mercy A. Platt, Respondent, v. Evan R. Thomas, Appellant.—Judgment of Oneida County Court affirmed, with costs. Opinion by Hardin, P. J.

James G. Bennett, Appellant, v. Edward W. Remington, Respondent. — Judgment affirmed, with costs. Opinion by Follett, J.

Chester Comstock, Respondent, v. Brayton E Handy, Appellant. — Judgment and order reversed and new trial ordered in Onondaga County Court, with costs to abide the event. Opinion by Follett, J.

---

## SECOND DEPARTMENT, FEBRUARY TERM, 1886.

Joseph Robinson, Appellant, v. Honora Moran, Respondent.—Motion to dismiss appeal denied, without costs. Opinion by Barnard, P. J.

Matter of the Judicial Settlement of Augusta Krunan, Administratrix, etc. — Decree of surrogate reversed. Opinion by Dykman, J.

Dykman Odell, Respondent, v. Isaac Buckhout, Executor, etc., Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Dykman, J., not sitting.

Mary Bauer, Administratrix, etc., Respondent, v. New York, Woodhaven, etc., Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Mary Smith, Respondent, v. The President and Trustees of the Village of Sing Sing, Appellant. —Judgment affirmed, with costs. Opinion by Barnard, P. J.

Randall G. Cowenhoven, Plaintiff, v. George W. Ball, Defendant. — Judgment for defendant upon verdict ordered at circuit, with costs. Opinion by Dykman, J.

George W. Field, Respondent, v. William R. Soper, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Justine Perlstrom, Appellant, v. Edward Van Ness, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

William F. Wilson, Plaintiff, v. Charles White, Defendant. — Judgment for plaintiff upon submitted case. Opinion by Barnard, P. J.

Julia L. Costello, Respondent, v. Ann M. Costello, Appellant. —Judgment overruling demurrer to plaintiff's complaint affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., dissenting.

The People of the State of New York ex rel. Mary R. Brust, Respondent, v. John R. Brown, Appellant. — Order and proceedings subsequent under it affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Joseph Cousin, as Executor, etc., Plaintiff, v. Wellington B. Searls, Defendant.— Motion to dismiss appeal denied; parts of order appealed from reversed, with costs and disbursements, and motion denied, with ten dollars costs. Opinion by Dykman, J.; Barnard, P. J., dissenting.

The People of the State of New York ex rel. Shultz v. Michael Delehanty. — The proof taken sustains the charges made. Opinion by Pratt, J.

Samuel Kugelman, Respondent, v. Abraham D. Rhodes, Appellant.—Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Viola T. Adams, Appellant, v. James O. Cole, Sheriff, etc., Respondent. — Order vacating reference reversed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

The People of the State of New York, Respondent, v. Edward Lavin, Appellant. — Judgment reversed. Opinion by Dykman, J.; Barnard, P. J., dissenting.

Lloyd Aspinwall, Appellant, v. Archibald Dreyfuss, Respondent. — Order refusing to strike out trial fee reversed, with costs and disbursements. Opinion by Pratt, J.

Matter of Judicial Settlement of David Hawley as Guardian. — Order of surrogate affirmed, with costs. Opinion by Pratt, J.

Hannah Alexander, Administratrix, etc., Respondent, v. Emma A. Sumner, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Matter of Probate of Will of Aletta Decker. — Decree of surrogate affirmed, with costs against appellant personally. Opinion by Barnard, P. J.

John Hayes, Appellant, v. Mary J. Frisby, Respondent. — Order vacating attachment order affirmed, with costs and disbursements. Opinion by Pratt, J.

George W. Conselyea and another, Executors, etc., Respondents, v. Francis Swift, Appellant — Judgment affirmed, with costs. Opinion by Dykman, J.

Louis M. Halsey, Administrator, etc., Appellant, v. Walter McIntosh, Executor, etc., Respondent. —Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

Charles W. Mitchell, Respondent, v. Peter H. Hultz, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

William A. Owen, Respondent, v. Anthony Kling, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

John Homeyer, Respondent, v. The Nassau Ferry Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J , not sitting.

Manuel Cadenas, Respondent, v. Gustave Leve and another, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Susan Raynor, Administratrix, etc., Respondent, v. Samuel S. Carman, Appellant. — Judgment reversed and new trial granted, costs to abide event; reference vacated. Opinion by Dykman, J.

Kathleen Hickey, by Guardian, Respondent, v. John P. Taaffe, Appellant. —Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

John H. Gallagher, Respondent, v. Stephen J. McMahon, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Charles G. Dahlgren, Appellant, v. Jeremiah Devlin, Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.

Trustees of Westminister Church v. The City of Brooklyn. — Order refusing to vacate assessments affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Albert H. Browe, Respondent, v. Continental Telegraph Company, Appellant. — Judgment affirmed, with costs. Opinion by Pratt J.; Barnard, P. J., not sitting.

Erastus Brooks, Respondent, v. Thomas Winsor, Appellant. —Judgment affirmed, with costs. Opinion by Dykman, J.

William C. Dornin and others, Respondents, v. James H. Ripley, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Jesse Button, Respondent, v. William D. Chapin, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.